# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

157349(79)(81)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 157349
                                      COA: 335045

DEMARIO ROBEHIER WADE-BEY,
      Defendant-Appellant.
                                      Muskegon CC: 15-000244-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's April 2, 2019 order and the request for peremptory reversal are considered, and they are DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



bl0722

                                 Clerk